**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FILED

_____ FEB -2  A II: 19
                        00 - 30017-MAP

**CHAMPION MORTGAGE CO., INC.,**  :    Civil Action No.
        **Plaintiff,**                          :
                                                       :
        v.                                         :
                                                       :
**CHARLES GIAN,**                         :
**CHAMPION AGENCY REAL ESTATE** :
**ASSOCIATES,**                            :    **VERIFIED COMPLAINT AND**
**CHAMPION MORTGAGE & REALTY,** :   **JURY DEMAND**
**INC., and**                                 :
**CHAMPION AGENCY, INC.**           :
        **Defendants.**                        :
                                                       :

DOCKETED

## THE PARTIES

1.      Plaintiff Champion Mortgage Co., Inc. ("Champion") is a corporation organized and existing under the laws of the State of New Jersey with its principal place of business located at 20 Waterview Boulevard, Parsippany, New Jersey 07054-1267.

2.      Upon information and belief, Defendant Champion Agency, Inc. is a corporation organized and existing under the laws of Massachusetts with its principal place of business at 305 Tyler Street, Pittsfield, Massachusetts, 01201.

3.      Upon information and belief, Defendant Champion Mortgage & Realty Inc. is a corporation organized and existing under the laws of Massachusetts with its principal place of business at 305 Tyler Street, Pittsfield, Massachusetts, 01201.

4.      Upon information and belief, Defendant Champion Agency Real Estate Associates is a corporation organized and existing under the laws of Massachusetts with its principal place of business at 305 Tyler Street, Pittsfield, Massachusetts, 01201.

DOCKETED

#01

5.      Upon information and belief, Charles Gian is the President and principal owner of all other defendants, and he resides and works in Pittsfield, Massachusetts.

6.      Upon information and belief, Defendant Charles Gian also does business as "Reliable Mortgage Company" and "Community Mortgage Company."

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338 as this action arises under 15 U.S.C. § 1051, et seq.  This Court also has pendant jurisdiction over the state law claim for breach of settlement agreement.

8.      This case is properly before this Court pursuant to 28 U.S.C. § 1391.

## BACKGROUND OF PLAINTIFF'S MARK

9.      Plaintiff is and has for many years been engaged in the extensive advertising and sale of mortgage and home equity loan services (the "Plaintiff's Services").

10.     Plaintiff has been operating under the trade name Champion Mortgage Co., Inc. since 1981.

11.     Since its founding, Plaintiff has invested at least about $113.5 million promoting its services under the mark CHAMPION.

12.     Since 1981, Plaintiff Champion has grown from a company of two employees doing business in one office in New Jersey to a company of over 700 employees doing business throughout the United States.  Within that same period Champion's sales have grown to over $1 billion in 1999 and are projected to increase in 2000 and beyond.

13. By reason of advertising, offering, and wide distribution of Champion's services in connection with the CHAMPION mark and name, the public has come to recognize the CHAMPION mark and name as signifying Champion and its services.

14. Champion has built up extensive goodwill and a valuable reputation in connection with the CHAMPION mark and name.

15. As a result of Champion's aggressive advertising campaign as well as its high quality services, CHAMPION has become distinctly associated with Champion and a household name in many parts of the country for mortgage and home equity loan services. For example, since 1993, hundreds of articles have been written about or discuss Champion. Some of these are articles were even written outside the context of the mortgage and lending industry.

16. Champion has made every effort to protect its good will and service mark rights from unfair competition by competitors.

17. On September 23, 1992, Plaintiff filed with the United States Patent and Trademark Office an application to register the mark CHAMPION. Thereafter, the United States Patent and Trademark Office allowed the application and entered the CHAMPION mark on the Trademark Principal Register at Registration No. 1,949,870 (the "'870 Registration"). The '870 Registration gives Plaintiff the exclusive right to use the mark CHAMPION in connection with mortgage and home equity loan services. A true and correct copy of the Certificate of Registration is attached hereto as Exhibit A.

18. Champion has also vigilantly policed its CHAMPION mark and name in all jurisdictions in which it is actively doing business.

19. One of those policing efforts resulted in the assignment of a second service mark registration, Registration No. 1,803,908, for the mark "CHAMPIONS BANK, N.A." (the

"'908 Registration") for banking services, to Champion by its previous owner Champions Bank, N.A. A true and correct copy of the '908 Registration is attached hereto as Exhibit B.

20.     The application for registration of the CHAMPIONS BANK, N.A. mark was filed on March 12, 1991, thereby conferring upon Champion a nationwide right of priority in that mark effective March 12, 1991.

21.     Other policing efforts have resulted in many competitors ceasing and desisting use of the CHAMPION mark or any mark confusingly similar to the CHAMPION mark.

## PLAINTIFF'S AGREEMENT WITH
## DEFENDANTS REGARDING "CHAMPION" MARK

22.     A further policing effort revealed that Defendants were using the CHAMPION mark in connection with mortgage and/or home equity loan services.

23.     In February 1997, rather than litigate against Plaintiff, Defendants agreed to cease using the CHAMPION mark. Accordingly, the parties negotiated a confidential settlement agreement ("Agreement") dated February 20, 1997. Pursuant to the Agreement Plaintiff gave Defendant good and valuable consideration in exchange for which Defendants assigned to Plaintiff any and all rights and goodwill that Defendants may have had in the CHAMPION mark as it related to mortgage and/or home equity loan services.

24.     Two critical terms of the Agreement required that (1) Defendants cease using the CHAMPION mark in connection with mortgage services following a 90 day phase-out period, and (2) Defendants maintain the terms of the settlement in strictest confidence.

25.     A true and correct copy of the Agreement – redacted to preserve confidentiality of all terms but those noted above – is attached hereto as Exhibit C.

26.     Notwithstanding the terms of the Agreement, Defendants have breached (and are continuing to breach) the terms of the agreement.

27.     First, nearly three full years after they agreed not to, Defendants continue to use the Plaintiff's CHAMPION mark in connection with mortgage and home equity loan services.  For example, Defendants identify themselves in the June 1999-May 2000 edition of the Pittsfield telephone directory as "Champion Mortgage & Realty." See Exhibit D hereto.  In addition, Defendants maintain the same listing on an Internet site called "RegionNet," which provides listings for products and services in, among other places, Western Massachusetts. See "regionnet.com/colberk/RG_0000D.html." (copy attached as Exhibit E hereto).

28.     Second, Plaintiff is informed, and therefore believes, that Defendants have disclosed the terms of the settlement in violation of the confidentiality provision at Section VII (F).

29.     Defendants' violation of the confidentiality provision has caused Plaintiff harm by encouraging other would-be imitators in the marketplace nationwide to misappropriate Plaintiff's CHAMPION mark in connection with mortgage and/or home equity loan services. Such imitators have used Defendants' improper disclosures to Plaintiff's disadvantage and to make baseless demands on Plaintiff in obstruction of Plaintiff's rights to its CHAMPION mark.

30.     In addition, because Defendants continue to offer services identical to those offered by Plaintiff and wrongly use Plaintiff's CHAMPION mark in the course of doing so,

there is a likelihood of confusion between Plaintiff and Defendants in the marketplace. Such confusion will likely continue, because consumers will likely assume a commonality of source, affiliation, or sponsorship between Plaintiff and Defendants if Defendants continue to offer mortgage and/or home loan equity services under Plaintiff's CHAMPION mark.

## COUNT ONE

### INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK NO. 1,949,870

31. The allegations contained in paragraphs 1 through 30 are incorporated herein by reference as if the same were again set forth herein at length.

32. Defendants have offered for sale and sold mortgage and/or home equity loan services in interstate commerce under the name CHAMPION.

33. Plaintiff never authorized nor consented to Defendants' activity, as set forth herein.

34. The conduct of the Defendants, as set forth herein, is likely to cause confusion, mistake and/or deception.

35. Under 15 U.S.C. § 1114, the actions of Defendants constitute infringement of the CHAMPION mark as set forth on the Trademark Principal Register at the United States Patent and Trademark Office at Registration No. 1,949,870.

36. The actions of Defendants have caused considerable damage and injury to Plaintiff and will continue to do so unless enjoined by the Court. Plaintiff has no adequate remedy at law.

## COUNT TWO

### BREACH OF SETTLEMENT AGREEMENT

37.     The allegations contained in paragraphs 1 through 30 are incorporated herein by reference as if the same were again set forth herein at length.

38.     The actions of Defendants are in violation of the parties' February 1997 confidential settlement agreement.

39.     Defendants' actions have caused considerable damage and injury to Plaintiff and will continue to do so unless enjoined by this Court.  Plaintiff has no adequate remedy at law.

## COUNT THREE

### FEDERAL UNFAIR COMPETITION

40.     The allegations contained in paragraphs 1 through 30 are incorporated herein by reference as if the same were again set forth herein at length.

41.     Plaintiff's CHAMPION mark and name Champion Mortgage Co., Inc., have been uniquely identified with Plaintiff.  Defendants' use of "Champion" in connection with mortgage and/or home equity loan services constitutes use of a word, term, name, symbol or device or a combination thereof or is a false designation of origin, or false or misleading description or representation of fact, which is likely to cause confusion or mistake or to deceive as to the affiliation, connection, or association of Defendants with Plaintiff or as to the origin, sponsorship or approval of Defendants' services, or commercial activity by Plaintiff in violation of 15 U.S.C. § 1125(a).

42.   Defendants' actions have caused considerable damage and injury to Plaintiff and will continue to do so unless enjoined by this Court.  Plaintiff has no adequate remedy at law.

## COUNT FOUR

## DILUTION OF PLAINTIFF'S "CHAMPION" MARK

43.   The allegations contained in paragraphs 1 through 30 are incorporated herein by reference as if the same were again set forth herein at length.

44.   For the purposes of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c), Plaintiff's CHAMPION mark is a famous mark.

45.   Defendants' aforesaid acts dilute the distinctiveness of Plaintiff's CHAMPION mark in violation of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c).

46.   The actions of Defendants have caused considerable damage and injury to Plaintiff and will continue to do so unless enjoined by this Court.  Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff Champion Mortgage Co., Inc. respectfully requests that:

A.   Defendants, their officers, agents, servants, employees, attorneys, subsidiaries, divisions and all persons and entities in active concert or participation therewith be preliminarily and permanently enjoined and restrained from:

(1)   using the CHAMPION mark, portions thereof, or any colorable imitative or confusingly similar designation or mark, either alone or in combination with other words, symbols, components, or the like, as a service mark, trademark, trade name component, or otherwise to market, advertise or identify Defendants' services;

## VERIFICATION

I, Joseph M. Goryeb _____ , hereby verify that I am authorized to make this Verification on behalf of Plaintiff Champion Mortgage Co., Inc.  I have read the foregoing Verified Complaint and I state that the facts set forth therein are true and correct to the best of my knowledge, information and belief.

I understand that this Verification is made subject to the penalties relating to unsworn falsifications to authorities.

Dated: _Vibruary_ / _____ , 2000

By: _____

**PATRICIA KEATING**
Notary Public of New Jersey
Commission Expires 10/2/2002

Int. Cl.: 36

Prior U.S. Cl.: 102



**United States Patent and Trademark Office**

Reg. No. 1,949,870
Registered Jan. 23, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

# CHAMPION

CHAMPION MORTGAGE CO., INC. (NEW JERSEY CORPORATION)
20 WATERVIEW BOULEVARD
PARSIPPANY, NJ 07054

FOR: MORTGAGE AND HOME EQUITY LOAN SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 1-8-1983; IN COMMERCE 1-8-1983.
OWNER OF U.S. REG. NO. 1,803,908.

SER. NO. 74-317,290, FILED 9-23-1992.

BARBARA S. HUDSON, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,803,908
Registered Nov. 9, 1993

## SERVICE MARK
PRINCIPAL REGISTER

## CHAMPIONS BANK, N.A.

CHAMPIONS BANK, N.A. (UNITED STATES FEDERALLY CHARTERED NATIONAL BANKING ASSOCIATION)
500 LOUETTA
SPRING, TX 77379 BY CHANGE OF NAME FROM NORTHWOOD NATIONAL BANK (UNITED STATES FEDERALLY CHARTERED NATIONAL BANKING ASSOCIATION) SPRING, TX 77379

FOR: BANKING SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 12-2-1991; IN COMMERCE 12-2-1991.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK, N.A.", APART FROM THE MARK AS SHOWN.

SN 74-147,208, FILED 3-12-1991.

PETER CATALDO, EXAMINING ATTORNEY



## AGREEMENT

This agreement ("Agreement") is made on this 20th day of February, 1997 by and between Champion Mortgage Co., Inc., a New Jersey corporation located at Waterview Corporate Center, 20 Waterview Boulevard, Parsippany, New Jersey 07054 and Champion Mortgage & Real Estate, Inc., a Massachusetts corporation located at 230 Creamery Road, Hinsdale, Massachusetts 01235, and any predecessors and affiliates thereof (collectively "Champion of Massachusetts"), and Charles Gian, individually ("Gian").

WHEREAS, Champion of Massachusetts and Gian have used the mark "CHAMPION" in connection with mortgage services, and have acquired goodwill which is symbolized by the "CHAMPION" mark and associated with mortgage services;

WHEREAS, Champion of Massachusetts is currently using the mark "CHAMPION" in connection with mortgage services; and

WHEREAS, Champion Mortgage Co., Inc. is interested in acquiring all rights of Champion of Massachusetts and Gian to the mark "CHAMPION" for mortgage services, and any and all goodwill symbolized thereby.

NOW THEREFORE, in consideration of the foregoing premises and the mutual promises and covenants contained in this Agreement, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties to this Agreement, intending to be legally bound, covenant and agree as follows:

### I. Payment to Champion of Massachusetts

Champion Mortgage Co., Inc. agrees to pay Champion of Massachusetts the sum of . The ' shall be paid to Champion of Massachusetts in two equal installments of ⋅ . The first payment shall be made to Champion of Massachusetts simultaneously with the execution of this Agreement and the Assignments attached hereto as Exhibits A and B. The second payment shall be made to Champion of Massachusetts upon satisfaction by Champion of Massachusetts of its obligations under Section IV of this Agreement. Other than as set forth above, no other amounts shall be due or payable by Champion Mortgage Co., Inc.

### II. Assignment of Trademark Rights

Simultaneous with its execution of this Agreement, Champion of Massachusetts and Gian will execute the Trademark Assignments attached hereto as Exhibits A and B. Champion of Massachusetts and Gian represent and warrant that (i) the trademark rights and associated goodwill being assigned pursuant to the Assignments attached hereto as Exhibits A and B constitute the entirety of all trademark rights and associated goodwill which Champion of Massachusetts, Gian,

1

any predecessor or affiliate thereof, or any company owned or operated thereby, have heretofore ever acquired in connection with the mark "CHAMPION" for mortgage services, (ii) neither Champion of Massachusetts, nor Gian, nor any predecessor or affiliate thereof, nor any company owned or operated thereby, have previously transferred, licensed, pledged or assigned any of such trademark rights or associated goodwill to a third party, and (iii) Champion of Massachusetts and Gian collectively hold full right, title and interest, unencumbered by any lien, judgment or security interest, to such trademark rights and associated goodwill.

      III.    Use of the Trademark "CHAMPION"

Within 90 days of the execution of this Agreement, Champion of Massachusetts and Gian shall forever cease and desist from using the mark "CHAMPION" (or any mark likely to be confused therewith) in connection with mortgage services.

      IV.    Change of Business Name to be Made
             by Champion of Massachusetts

Within ten (10) days of execution of this Agreement, Champion of Massachusetts shall file appropriate papers with the State of Massachusetts and the Banking Commission indicating that Champion of Massachusetts has changed its business name from Champion Mortgage & Real Estate, Inc. to a new business name to be selected by Champion of Massachusetts. The new business name to be selected by Champion of Massachusetts shall not include the term "mortgage" or any phrase substantially similar thereto. The second payment described in Section I above shall become due and payable as soon as Champion of Massachusetts provides Champion Mortgage Co., Inc. with documentation confirming that the foregoing name change has been effectuated with both the State of Massachusetts and the Banking Commission.

      V.    Acquisition of License to Engage in Mortgage
          Business in State of Massachusetts

The parties understand that, upon completion of the name change described in Section IV above, Champion Mortgage Co., Inc. will file documentation with the State of Massachusetts and the Banking Commission to obtain the right to do business in Massachusetts, and to obtain a license for such business. Upon request, Champion of Massachusetts agrees to assist Champion Mortgage Co., Inc. in connection with such filings by executing documentation consenting to the use by Champion Mortgage Co., Inc. of its name and the mark "CHAMPION" in the State of Massachusetts.

      VI.    Good Faith Cooperation

The parties agree to cooperate in good faith to prevent consumer confusion in the event it occurs in the future. Neither party shall advertise or represent to the public that it is affiliated with the other party.

### VII.    Miscellaneous

(A) Each party represents and warrants that it has the full right, power, capacity and authority to execute this Agreement and to consummate the transaction contemplated hereby, and that this Agreement has been duly executed by it so as to constitute its legal, valid, and binding obligation in accordance with its terms.

(B) Waiver by either party of any breach or failure by either party to enforce the terms and conditions of this Agreement, at any time (other than the provisions relating to payment), shall not in any way affect, limit, or waive the right of that party thereafter to enforce or compel strict compliance with any term or condition thereof.

(C) This Agreement shall be binding upon and inure to the benefit of the parties, their successors, affiliates, licensees and assigns.

(D) This Agreement may be executed in two (2) counterparts, each of which shall be deemed to be an original and all of which shall constitute one and the same instrument.

(E) All prior negotiations, agreements, and writing between the parties with respect to the subject matter of this Agreement are superseded by this Agreement and Exhibits A and B hereto, which shall be deemed part of this Agreement. There are no understandings or agreements with respect thereto other than those expressly set forth in this Agreement, except as evidenced in writing concurrently with this Agreement or subsequent to this Agreement. No waiver, modification, or amendment of this Agreement or of any right or obligation hereunder, either in whole or in part, shall be valid and binding unless in writing duly executed by the parties to this Agreement.

(F) The terms of this Agreement (other than the Assignments attached hereto as Exhibits A and B) shall be confidential, and, except as set forth hereinafter or as may be necessary to enforce its terms or satisfy tax or securities regulation requirements, the parties shall not disclose any term of this Agreement to any other person or entity. If a party (hereinafter "the subpoenaed party") is served with a subpoena or other legal process (hereinafter "subpoena") calling for production of the Agreement or any of its terms, the party receiving the subpoena shall give notice of such subpoena to the other party as soon as possible and, in any event, within ten days after receiving such subpoena. The subpoenaed party shall not produce this Agreement or disclose any of its terms for a period of at least ten days after providing the required notice. If, within ten days after receiving such notice, the other party opposes production of this Agreement or disclosure of any of its terms, the subpoenaed party shall reasonably cooperate with the other party to quash such subpoena and shall not thereafter produce such information pursuant to the subpoena except pursuant to a court order requiring compliance with the subpoena.

3

IN WITNESS WHEREOF, the parties to this Agreement have caused this instrument to be duly executed and delivered as of the day and year first written above.

Accepted and agreed by the parties:

CHAMPION MORTGAGE CO., INC.

BY: _____

Joseph M. Goryeb
(Printed Name)

President
(Title)

Date: 2/20/97


CHARLES GIAN (Individually)

BY: _____

CHARLES J. GIAN
(Printed Name)

Date: 2/20/97


CHAMPION MORTGAGE & REAL ESTATE, INC.

BY: _____

CHARLES J. GIAN
(Printed Name)

President
(Title)

Date: 2/20/97

4

## ASSIGNMENT

WHEREAS, Champion Mortgage & Real Estate, Inc., a Massachusetts corporation located at 230 Creamery Road, Hinsdale, Massachusetts 01235, and any predecessors and affiliates thereof (collectively "Assignor") has used the mark "CHAMPION" in connection with mortgage services ("the said mark"); and

WHEREAS, Champion Mortgage Co., Inc., a New Jersey corporation located at Waterview Corporate Center, 20 Waterview Boulevard, Parsippany, New Jersey 07054 ("Assignee"), is desirous of acquiring any and all rights of Assignor in and to said mark for mortgage services, together with the goodwill of the business in connection with which said mark is or has been used and which is symbolized by said mark, along with the right to recover for damages and profits for past infringements thereof;

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby assign unto Assignee all of Assignor's right, title and interest, in and to the said mark for mortgage services, together with the goodwill of the business in connection with which said mark is or has been used and which is symbolized by said mark, along with the right to recover for damages and profits for past infringements thereof:

Assignor agrees to execute and deliver all papers, instruments, and assignments, and to perform any other reasonable acts the Assignee may require in order to vest all of Assignor's right, title and interest in and to the said mark in the Assignee and/or to provide evidence to support any of the foregoing in the event such evidence is deemed necessary by Assignee.

Assignor _____

Name: (Print): _CHARLES T. GIAN_

Title: _PRESIDENT_

Date: _2/20/97_

#### Certificate of Acknowledgment

State of Massachusetts                )
                                       ) SS.
County of _Berkshire_                  )

Be it known, that on February 20, 1997, before me personally came Charles Gian, to me known to be the person mentioned in and who executed the foregoing Assignment, and he acknowledged to me that he executed the same as his free act and deed for the uses and purposes mentioned herein.

_____
Notary Public

Exhibit A

## ASSIGNMENT

WHEREAS, Charles Gian, a resident of the State of Massachusetts, ("Assignor")-has used the mark "CHAMPION" in connection with mortgage services ("the said mark"); and

WHEREAS, Champion Mortgage Co., Inc., a New Jersey corporation located at Waterview Corporate Center, 20 Waterview Boulevard, Parsippany, New Jersey 07054 ("Assignee"), is desirous of acquiring any and all rights of Assignor in and to said mark for mortgage services, together with the goodwill of the business in connection with which said mark is or has been used and which is symbolized by said mark, along with the right to recover for damages and profits for past infringements thereof;

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby assign unto Assignee all of Assignor's right, title and interest, in and to the said mark for mortgage services, together with the goodwill of the business in connection with which said mark is or has been used and which is symbolized by said mark, along with the right to recover for damages and profits for past infringements thereof;

Assignor agrees to execute and deliver all papers, instruments, and assignments, and to perform any other reasonable acts the Assignee may require in order to vest all of Assignor's right, title and interest in and to the said mark in the Assignee and/or to provide evidence to support any of the foregoing in the event such evidence is deemed necessary by Assignee.

Assignor: _____

Name: (Print): ___CHARLES J. GIAN___

Date: ___2/20/97___

#### Certificate of Acknowledgment

State of Massachusetts          )
                                )  SS.
County of Berkshire             )

Be it known, that on February 20, 1997, before me personally came Charles Gian, to me known to be the person mentioned in and who executed the foregoing Assignment, and he acknowledged to me that he executed the same as his free act and deed for the use and purposes mentioned herein.

_____
Notary Public

Exhibit B





# @ Bell Atlantic

# Yellow Pages

# Pittsfield Edition of Berkshire County

with White and Yellow Pages Listings
for all Berkshire County

Area Codes 413/802

**June 1999 — May 2000**



**RECYCLING
INFORMATION
& ZIP CODES**

**INSIDE
INTEREST
PAGES**

**SAVE MONEY
WITH COUPONS!
SEE GREEN PAGES**



Bell Atlantic Yellow Pages
Supports Children's Literacy

Includes customer listings
of all local telephone
companies



GET AN IDEA.™



**BIGYellow**
Your Yellow Pages On The Internet.
www.bigyellow.com

Life. Listed Alphabetically.

13462

## Taylor Memorials
*Trained Professional Memorialist*



Special and Personal
Memorial Design

Cemetery Lettering
Monument Cleaning

Berkshire's Nationally
Certified Memorialist
Janet Taylor, CM

161 Wahconah St.
Pittsfield   413 **443-4117**

### SERVING YOUR LOCAL CEMETERIES

*Select Barre Granite*

• Family
  Monuments
• Markers
• Cemetery
  Lettering   **663-3763**


## Tangley Memorials

1042 Church Street
North Adams, MA
Corner W. Shaft Road

**Monuments**


...Monument Co 15 Quarry  Gt Bn — 528-0859
...ene Memorials
...Beverly Av  Lenox ......... 743-0604

...SHIRE MONUMENTAL WORKS
Established 1873
Monuments • Markers • Lettering
...0 S Church North Adams ——— 663-9200
...1 Hancock Pittsfield ——— 499-1750

...ire Monumental Works
...5 Church W Adams ——— 663-9200
...ock Memorials
...0 Ave West ——— Adams 743-5715

...NO EMPIRE MONUMENTS
...ΉΨ Crosse Memorials
Bronze Plaques • Markers
Cemetery Lettering & Cleaning
...• Engraving For Fundraising, Gardens, Etc.
Serving Berkshire Area Since 1930
Charmoch Owings - Proprietor
...Hancock Pittsfield ——— 442-4149

...f you tried the handlest shopping
...inter in town?  It's right at your
...now - the Yellow Pages of your

Stevens-Finnerty Monument
5 South St  Gt Bn ————— 528-9211
Tangley Memorials
See Our Display Ad This Page
1042 S Church N Adams ————— 663-3763
Taylor Memorials
See Our Display Ad This Page
161 Wahconah  Pitt ————— 443-4117
THOMAS MEMORIALS 116 Maple  Lee — 243-2753
Williamstown Monumental Works
1130 Main  Wmst ————— 458-0048

▶ **Monuments-Lettering**
*See "Monuments"*

▶ **Monuments-Whol**
*See "Granite"*

▶ **Mortgages**

Accessible Mortgage Corp
1450 East W  Pittsfield ————— 447-8525
Adams Co-Operative Bank
93 Park  Adams ————— 743-0001
31 Eagle  N Adams ————— 664-4571
Affordable Mortgage Ca Inc
See Our Display Ad This Page
Toll Free Dial 1 ————— 800 545-5625
American Family Mortgage
See Our Display Ad This Page
Springfield MA ————— Pittsfield 443-2300
**BENEFICIAL MORTGAGE CO OF
MASSACHUSETTS**
361 North St  Pitt ————— 442-1569
Berkshire Bank
See Our Display Ad This Page
Park St  Pitt ————— 443-5601
Carlson Dave Mortgage Officer
Pittsfield MA ————— 442-8245
CAS Inc 19 Linden  Pitt ————— 443-4719
Champion Mortgage & Realty
354 South St  Pitt ————— 442-2500
**CITY SAVINGS BANK**
116 North St  Pitt ————— 443-4421
Classic Financial Group Lee MA — 243-4449
Dalton A J Associates Inc Pittsfield MA — 443-0903
**FLEET MORTGAGE**
Toll Free Dial 1 ————— 800 341-2905
Greylock Federal Credit Union
See Our Display Ad This Page
71 Kellogg  Pitt ————— 443-5114
**LEE BANK**
1-800-643-4100
24 Hour Rate Phone ————— 243-2235
Lee Office—
75 Park  Lee ————— 243-0117
Stockbridge Office—
Elm St Stockbridge ————— 298-3611
Loan Offices—
279 Main St ————— 528-5531
105 Elm  Pitt ————— 445-7270
Lenox National Bank
481 Pittsfield Rd  Lenox ————— 499-0717
Lenox Savings Bank 2 Homes Rd  Lenox — 443-4431
25 Main  Lenox ————— 637-0147
Mellon Mortgage Company
See Our Display Ad This Page
19 Bartlett Av  Pitt
Toll Free Dial 1 ————— 800 832-8756
MONEY STORE THE —————
Helping Homeowners
Get Back On Track

## Mellon Mortgage Company

● FIRST TIME HOMEBUYERS
● FHA/VA 0% DOWN
● JUMBO LOANS TO 1 MILLION
● REFINANCING
● OVER 15 ADJUSTABLE
  RATE PROGRAMS

19 Bartlett Avenue
Pittsfield, MA  499-4187

**1-800-832-8756**

## MORTGAGES

# BERKSHIRE BANK

**413-443-5601 • 413-644-3558
1-800-773-5601**

Nights & Weekends - 1-800-347-2574
Ask for PIN #80589 or #81810


...Credit Union

136 West Street, Pittsfield   **236-4000**
75 Kellogg Street, Pittsfield   **443-5114**
668 Merrill Road, Pittsfield   **445-5595**
312 Main Street, Gt Barr   **528-4567**
47 Main Street, Lee   **243-2121**
1 Park Street, Adams   **743-7333**
24-Hour Easy Phone   **442-2662**
Miss Teorpell
Telephone Access   **499-7233**
TDD for the
Hearing Impaired   **443-0095**

Mortgages Fax Brian Sherry Lee MA — 243-1322
NATIONAL CITY MORTGAGE
Williamstown MA ————— 458-2020
National Iron Mortgage Company
Call ————— Great Barrington 528-4151




# MORTGAGE
• Residential - First or Second
• Purchase or Refinance
• Debt Consolidation
• Cash For Any Purpose
• Good or "Not so Good" Credit
• Convenient & Commercial
**Fast, Free Approvals**

## American Family MORTGAGE
**443-2300**
1-800-430-2430

When The Bank Says No
AFFORDABLE MORTGAGE

Centuryhurst Antiques & Bed & Breakfast
  Main Shef 01257................................................ 229-8131
Centuryhurst Berkshire Antique Gallery
  Main Shef 01257................................................ 229-1277
Cora Anne & Elizabeth 100 Cliffwood Lenox 01240..637-1090
Conale Paradise
  L 33 Northside Dr Benn 05201....................... 302 447-4175
Cyce L 31 N Mountain Rd Lanes 01237............... 442-9706
Cyrena G Cha W Park Lee 01238.......................... 243-1310
Cerlo Joel C 13 Day Pnd 01201.............................. 442-1029
Cementaro Alfred 56 Olds N Adams 01247.......... 663-7102
Cerauskas Adam L21 Brooklyn N Adams 01247...... 662-2439
Cerek Larry D Pine Ln Adams 01220..................... 743-4809
Cerek Larry F Main Rd Tyringham 31264............... 243-2255
Cerek Richard E Lenox Mt Rd W Stockbridge 01266..232-4316
Cerek Scott 57 Beacon N Adams 01247.............. 663-6327
Cerullo Anthony
  Serpent Ln Reassoro 05230............................... 802 423-7929
Cerone Hermiida 100 Main Dai 01220.................. 684-5217
Cerow Ron & Beth 61 Moorland Wmst 01267....... 458-8624
Ceralo John J Jr Ray Hill Rd W 05363.......... 302 464-9675
Ceralo John Chapa Rd Benn 05201................... 302 447-7901
Ceralo John C & Joanne
  123 Siver Bsch W Dov 05356....................... 802 464-0111
Ceralo Ralph B Fred Massin Rd Cheshire 01225.... 743-3204
Ceretoli Lawrence Marmore H 05344.............. 802 464-5467
Cerin Peter Jefferson 40 Franklin Lee 01238....... 243-0604
Cerin Peter & Patricia 48 Franklin Lee 01238...... 243-0579
Certified Standby Power Jepon Orchard MA 01151
  Toll Free-Dial '1' & Then............................... 800 324-7697
Cerveta A Pittsfield MA 01201............................. 442-1873
Cervera Talion L11 Oaktor Av Pttd 01201............ 499-1857
Cervera Plorimundo B Hoosat Rd Lanes 01217...... 499-0591
Cesan Ezri & Kathleen Jo 5 Merryam Pnd 01201.... 443-2394
Cesan Gary A 25 Park Adams 01220...................... 743-2541
Cesan K 10 ½ Bay State Rd Pttd 01201................. 499-0881
Cesan Nancy 93 Centra Av Dai 01225................. 684-3141
Cesario Donald 28 S Main Shef 01257.................. 229-8893
Cesario V N Blue Hl Rd Monterey 01245............... 528-1271
Cesar's Cafe & Restaurants 434 Fenn Pnd 01201..442-4454
Cesco Plumbing & Heating Route 3 Bckt 01223...... 623-5323
Cespedes Frank
  13 George Carch Rd Tyringham 01254........ 243-0502
Cessari Victor High Bckt 01223........................ 623-8337
Cetaro Art & Ann
  123 Stanford Hill Cheshire 01225............... 743-2413
Cetone Kenneth
  Meadow Brook Dr Benn 05201.................. 802 442-2213
Cetti A 195 Elberon Av Pttd 01201.................... 442-0717
Cetti Alan R 113 Burke Av Pttd 01201............... 442-5489
Cetti Albert J 14 Cakum Pttd 01201................. 445-4349
Cetti Perry 695 Elm Pttd 01201......................... 447-8356
Cetto Geo Rte 41 Rthmd 01254....................... 698-2647
Cabon D M 880 East St Lee 01233..................... 243-3509
Chabon Donald M
  Stockbridge Benn Stockbridge 01262........... 298-3542
Chabot Alan & Theresa
  F 3over Rd Wl 05363........................ 302 464-1254
Chabot Ernest & Elizabeth
  Sherton Rd WI 05363...................... 802 464-2735
Chabot Jeffrey & Debbie
  Sronia Ridge Rd W Dov 05356........ 802 464-0682
CHACE SEE CHASE,CHASSE
Chaco Cyril 47 White Oaks Rd W Dov 05356...802 464-7271
Chadbourne Division 937 Simonds Rd Wmst 01267..458-8093
Chadbourne Jay F 261 High Dai 01225............... 684-1712
Chadwell L 125 Brockfard Pttd 01201................ 442-6320
Chadwell William C 21 Braidford Pttd 01201..........442-1753
Chadwick Brent N Rt 2 S Shel 01257.................. 229-7759
Chadwick Constance
  Circe View Dr W Dov 05356..................... 302 464-5211
Chadwick Gaston
  11 Maplewood Rd W Dov 05356............... 802 464-5124
Chadwick John Inc Route 100 W Dov 05356..302 464-8207
Chafe Richard & Cheryl
  Beaver Hill Rd WI 05363..................... 802 464-3617
CHAFEE SEE CHAFFEE
Chaffee Ashley & Lisa Old MA 01253................ 269-6300
Chaffee Clayton & Mary East Otis MA 01629........ 269-4971
Chaffee Dawn Bluntstool Rd Otis 01253.............. 269-4544
Chaffee Don 314 S Main Ad Otis 01253............... 269-6899
Chaffee Donald Jr 11 Brown Rd Otis 01629........... 269-4213
Chaffee Donald & Evelyn
  Woodoe Rest S Otis 01629....................... 269-7716
Chaffee E V Main Shel 01257........................... 229-3664
Chaffee John J Oak Pnd 01201........................... 442-1702
Chaffee Roland Jo Greenmoor Dr Otis 01253........ 684-2663
Chaffee Spencer M 112 Powers Adams 01220....... 743-4856
Chaffin Electric Spates End Union Benn 05201..802 447-7775
Chagnon Brian J Westminster Rd Lenox 01240........ 637-1388
Chagnon C D Wilmington VT 05363.................. 802 464-8098
Chagnon Craig 403 Crane Av Pttd 01201............... 443-2031
Chagnon Edw A & Patricia
  3 Westminster Rd Lenox 31240.................. 637-1127
Chague E 489 Henry Dr Hns 01235.................... 655-2022
Chague Eugene 45 East St Lenox 01240.............. 637-1318
Chague Geo 111 Housatonic Lenox 01240............ 637-2621
Chague M L 5 Main Lenox 01240....................... 637-8139
Chaial Parmut & Linda 23 Day Av Dai 01225..... 684-0847
Chahal Bart 3 Marcia 23 Firestone Rd Pttd 01201..442-9787
Chaitra R 174 Columbus Av Pttd 01201.............. 442-6349
Chajbound Adventures
  133 Cole Farmington 01026
  Toll Free-Dial '1' & Then...................... 877 422-2926

Chanez M 443 Pittsford Rd Lenox 01240............. 447-0529
Chait A 30 Maple Av St Bn 01220..................... 644-0473
Chait Peter Buckington Ln Monterey 01245......... 528-9697
Chakwalla 21 Greene Rd Shef 01233................... 229-8188
Chalfin Robt Dr Deer Run Bckt 01223............... 623-5269
Challotte Christina J
  91 Harraway N Adams 01247.................. 443-6090
Challotte Frederick 363 Barbour N Adams 01247.. 663-5717
Challotte J 13 Concord Pkwy Pttd 01201............. 448-2743
Challotte K A 100 Holmes Rd Pttd 01201............ 442-9125
Chalifoux Acheln 4 153 Wescrose Pttd 01201....... 499-0107
Chalifoux Alfred 146 Mohawk Trl N Adams 01247... 663-6478
Chalifoux Chas A 175 Clark Rd Pttd 01231.......... 343-5347
Chalifoux David A 21 Victory Adams 01220.......... 743-1854
Chalifoux J M 443 Church N Adams 01247........... 662-2733
Chalifoux J Taylor Hoozer Rd Wmst 01257.......... 458-4798
Chalifoux Louis J 137 Maple N Adams 01247........ 663-2567
Chalifoux M A 134 Charles N Adams 01247.......... 663-5002
Chalifoux Michael 54 Manning N Adams 01247...... 662-2184
Chalifoux Nellie M
  1100 Mohawk Trl N Adams 01247............. 663-9273
Chalifoux Raymond 139 Seminate Dr Wmst 01267..453-5056
Chalifoux Thos & Carann
  75 N Summer Adams 01220....................... 743-7246
Chalifoux Tom & Carolyn 24 Park Adams 01220..... 743-5609
Chalk C 127 N Hoosac Rd Wmst 01257.............. 458-3825
Challenger Delbos 3 South St Stockbridge 01262.... 298-4435
Challies 3 3 S 153 East St Pttd 01201............... 442-1475
Chalmers Cheryl A Mc Arthur Dr Clarksburg 01247...662-2466
Chalmers Diane M 38 Union Adams 01220............ 743-2929
Chalmers Richard
  Greenmere Hollow Rd Sharo 01257............ 802 442-9439
Chalmers Root M Jr 13 Hunon Adams 01220.......... 743-2029
Chalmers Ronald M Jr & Diane M Adams MA 01220..743-2029
Chalmers T R L313 Jenny Rd Cheshire 01225........ 743-2029
Chalmers Thos 3 J F Second Adams 01220.......... 743-2074
Chalmers Thos 5 & Sharon
  144 N Houghton Clarksburg 01247.......... 663-8171
Chalmers Thos 5 & Sharon
  L110 Jenny Rd Cheshire 01220................ 743-7774
Chaioux Colleen 43 Adam Pttd 01201.................. 499-1395
Chaieux Park C Upper Main N Benn 05257.......... 802 442-5086
Chaioux Simone 135 Elm Benn 05231.............. 802 447-3838
Chaeux's Electrical Service
  Bennington VT 05201............................. 802 447-7663
Chaiscn R 3 Bears Crossing W Dov 05356........ 802 464-8209
Chattas Thanp Hayscack Rd VM 05363............. 802 464-5284
Chaluza Richard P 101 Spfin Av Pttd 01201......... 442-5660
Chamber Of Commerce—
  For General Info Call Central Berkshire Chamber Of
  Commerce.................................. 499-4000
  For Tourist Info Call Berkshire Vacation Bureau..443-9186
Chamber Of Commerce
  Veterans Memorial Dr Benn 05201.......... 802 447-3311
Chamber Of Commerce Lodging
  162 Main St Bn 01230............................... 528-4006
Chamber Of Commerce Of The Berkshires
  See Berkshire Visitors Bureau
Chamber Of Commerce Of The Berkshires
  15 Main St Pttd 01201.................................... 499-4000
Chamber Of Commerce South Berkshire—
  Visitor Center 362 Main St Bn 01230.......... 528-1510
  Business Office 362 Main St Bn 01230......... 528-4294
Chamber Of Commerce Wilmington
  W Main VM 05363.......................... 802 464-8092
Chamberlain Craig J 44 Dalton Av Pttd 01201....... 442-4313
Chamberlain D 13 Coronado Av Pttd 01201.......... 442-4483
Chamberlain Fred Chamberlan Av Dai 01226......... 684-2171
Chamberlain Francis E
  59 Chestnut N Adams 01247...................... 663-5862
Chamberlain Geo & Paulette
  177 Pomere Dr Dai 01201........................ 499-5383
Chamberlain Group The 724 S Main Gt Bn 01230..528-7744
Chamberlain M 15 Linden Wmst 01267.............. 458-3270
Chamberlain Neal & Julie
  115 Pomeroi Jenny Rd 01222...................... 229-3038
Chamberlain Pamela 5 Morgan Manor Lenox 01240..637-2623
Chamberlain Terry L
  Tree Form Rd Stockbridge 01262.............. 298-3579
Chamberlain Alan L73 Brooklyn Av Pttd 01201....... 299-9866
Chamberland J 49 Elm Adams 01220............... 743-2279
Chamberland Karen L570 County Rd Shel 01257..... 229-7221
Chamberland Terrance 3 Montione 21 Bn 01230..... 528-3730
Chamberland Theresa Roseville Rd Rowne 01254..... 698-3811
CHAMBERLAIN SEE ALSO CHAMBERLAIN
Chamberlin Andrew M & Bonnie
  210 Main Hns 01235.................................... 655-4527
Chamberlin Chris & Kari 52 Pean Gt Bn 01230..... 528-3088
Chamberlin Leona Av Bd Monterey 01245............ 528-0148
Chambers B Pmp Lp VM 05363................... 302 464-9589
Chambers D A 236 Union Pttd 01201............... 499-8629
Chambers Kimoall & Sherry
  Swmy Rd Pond 01247................................. 663-5593
Chambery Inn Inc 1 Em St Lee 01238................ 243-2221
Chamorro Armando 79½ Cherry Pttd 01201........... 499-0042
Chamorro Edgar Tremblan Rd Lee 01238............. 243-4601
Chamorro Mestas Park Stockbridge 01262............ 298-3813
Chamo Sunati s 57 Chambers Rd Lanes 01237....... 448-2123
Champagne Epw 43 Shannons Av Pnp 01201......... 443-7878
Champagne Edwin 111 Lyman Pttd 01201............ 447-7234
Champagne Francis J
  135 Massachusetts Av N Adams 01247...... 663-6950
Champagne Geo River Rd Hoosac Tunnel 01367...... 662-2689
Champagne Geo A Stones Throw Iceland 01034...... 258-3395

Champagne John & Pearl
  Rd Sandmac Rd Otis 01327.......................
Champagne K 33 Waden N Adams 01247..............
Champagne Maurice R 7 New Ashford 01237
Champagne R D
  50 Mohawk Forst Shel N Adams 01247..........
Champagne Robt J 75 Church N Adams D..........
Champagne Steve 2 Mayer Adams 017...............
Champagne Tommy L 17 Kps N Adr.................
Champigny Carl Roy Rd McGilvery 01..............
Champigny Earl P Montery Rd N Adams...........
Champigny Elissa 45 Main St.......................
Champine Elizabeth Mrs
  206 Lenox Benn 35201............................ 481
Champiney H & J East.L........................... 485?
Champney Harold Diane L......................... 4-4653
Champion Factory Outlet
  436 W Housatonic Pttd 0121........................ 442-1332
Champion Marge Stockbridge Ma............... 298-4607
Champion Mortgage & Realty
  164 South St Pttd 31291.......................... 442-2500
Champlain Masonry Co Inc
  1591 East Dr Pttd 31201........................... 447-7907
Champlin Jas S Susan
  Joan S Rags Rd W Dov 05356................. 802 464-7294
Chamoney Bernard Myane E N Adams 31247........ 563-5446
Chamoney Clifford V 25 Mead Av N Adams 01247... 663-5731
Chamoney D.............................................. 663-7225
Chamoney Joe 527 Union N Adams 01247............ 664-4596
Chamoney Mark 31 Kirkby Ln N Adams 01247....... 664-4493
Chamoney Michael & Wendy
  1143 State Rd N Adams 01247................. 663-3751
Champoux Andro & Eileen
  423 Pomeroy Av Pttd 01201.................... 442-0270
Champoux Francis L 91 Bcck Av Pttd 01201........ 442-9342
Champoux George J 155 Hoose Ln 01238........... 243-1010
Champoux Geo J Haxun Pond Rd Bckt 01223........ 623-8319
Champoux Jean-Paul 64 Concord Pkwy Pttd 01201..448-2414
Champoux Jean Paul 91 Popock Av Pttd 01291..... 442-1823
Champoux Peter 443 Johnson Rd Wmst 01257...... 623-2163
Champoux R 166 Churchll Pttd 01201................. 442-4593
Champoux Rene 166 Churchll Pttd 01291........... 442-4571
Champoux Shawn 20 Abcron Rd Gt Bn 01230...... 644-7213
Chan Chung 34 Spring Wmst 01267.................... 458-3252
Chan E W 129 New Lanox Rd Lenox 01240.......... 637-0951
Chan K 224 Dorten Av Pttd 01201..................... 443-9145
Chan Lo Yi 716 Ramneco Rd Shef 01257............. 229-7900
Fax Number 716 Ramneco Rd Shef 01257.......... 229-9044
Chan Lo-Yi Ramneco Rd Ashley Fls 01257.......... 229-7737
Chan Lynn 151 Greenail Av Pttd 01201.............. 442-1314
Chance Hansel
  294 Creet Bennington Rd W Stockbridge 01266..274-0179
Chance Hanzel Route 41 Hous 01216.................. 274-6926
Chancay Jas R 121 Filmore Benn 05201........... 302 447-7509
Chandler B 27 Dilon Pttd 31201.......................... 499-4041
Chandler C 1087 Main Dai 01226..................... 684-1610
Chandler D 113 William Pttd 31201.................... 442-9271
Chandler E Main Benn 35201....................... 302 447-0849
Chandler G Donald & Michelle M
  294 Sudley Wmst 01267.......................... 458-8106
Chandler Geo T
  15 Sunset Farms Tr Pk Benn 05201......... 802 447-0213
Chandler Gordon H 59 New Lanox Rd Lenox 01240..637-3637
Chandler J L27 Apni Ln Pttd 01201.................... 499-3085
Chandler J R 492 Holmes Rd Pttd 01201.............. 445-7795
Chandler Kathleen 44 Depot Bckt 01223............... 623-5133
Chandler R 314 Pleasant Benn 05201.............. 802 447-0775
Chandler Richard G & Denise 9
  415 New Lenox Rd Lenox 01240................ 637-2344
Chandler Robt & Eleanor
  21 Squan Peak Rd Gt Bn 01230................ 528-3726
Chandler Root W 931 East St Lenox 01240........... 442-4779
Chandler Wm & Donna 319 William Pttd 01201....... 499-1429
Chandler Wm W 119 Channer Av N Adams 01247.... 664-6795
Chandra P Faculty Row Benn 05201.............. 802 447-3279
Chandra-Sekhar Hosakere
  11 Lakecrest Dr Pttd 01201..................... 445-7945
Chanel Jas 3 Jo Tave Pttd 31201.................. 443-6129
Chang C Y Route 23 Monterey 01245................. 528-0892
Chang Laura Cry Ros To Crart W New Mfd 01259.... 229-6602
Chang Raymond & Margaret
  175 Forest Rd Wmst 01257..................... 458-6201
Chang Sunyoung 30 Chann Lenox 01240........... 637-0531
Change Gt Art 61 Center St Lee 01238............ 243-4800
Chansa Robbin & James
  Rt 100 W Dov 05356........................... 802 464-3812
Channel 21 Productions 34 Church Lenox 01240....637-8212
Channell Rex 59 Norman Av Pttd 01201............. 499-2106
Channey Beverly 23 Hancock Pnne Pttd 01201...... 443-7540
Chantrclear B B 318 William Pttd 01201............. 443-5917
Chao Robert Harwood Hill Rd Benn 05201......... 802 447-7726
Chapdelaine Gerard
  8 Brook Crossing VM 05363.................... 802 464-5260
Chapdelaine Raymond
  135 Jones Rd Otis 01253....................... 269-7583
Chapdelaine Roger Chimney Hill Rd WI 05363..302 464-3549
Chapdelaine Roger Chimney Hill Rd WI 05363..302 464-4623
Chapdelaine Roger
  E Brook Crossing VM 05363.................. 802 464-3072
Chapdelaine F 133 Pine Rd Otis 01253.............. 269-4363
CHAPEL SEE ALSO CHAPPELL
Chapel Road Sand & Gravel
  503 N Branch Bennington VT 05201............. 302 442-2423
Chaperon B G 16 Hamel Av Wmst 01267......... 458-4475





## Region List



---

*Copyright © 1998 by RegionNet, Inc.*

Send your comments and questions to: Webmaster @regionnet.com

*RegionNet, Inc.*
*2119 Route 66*
*Ghent, NY 12075-2408 USA*

*Voice Telephone: (518)392-3444*
*FAX: (518)392-6444*



# Columbia Berkshire Regional Net

**Updated** daily to bring you what's new and what's news in the Berkshires of Massachusetts and Columbia County, New York



Independent

LAST NITE ✦ FIRST DAY
1999 ✦ 2000


**Resource Guide**
Products & Services
From A to Z


**Restaurant Guide**
Listed Alphabetically, by
Location, and Cuisine


**Lodgings Guide**
Hotels, Motels, and
Bed & Breakfasts


**Events Calendar**
Art, Music, Kids,
Benefits, Meetings
And More


**Entertainment**
Concert Schedules,
Art Galleries, Sports,
Movie Times & More


**Classified Ads**
Inexpensive and Easy!


**Community Connection**
Post Messages and
Exchange Information


**Community Profile**
People, Places & Services

 Home Page Design Services and Advertising

 Tips On Viewing This Site

 Submitting Information to RegionNet

 RegionNet

Case 3:00-cv-30017-MAP   Document 1   Filed 02/02/00   Page 28 of 38

Send your comments and questions to: Webmaster@regionnet.com

*RegionNet, Inc.*
*2119 Route 66*
*Ghent, NY 12075-2408 USA*

*Phone: (518)392-3444*
*FAX: (518)392-6444*

*Copyright © 1999 by RegionNet, Inc.*

 

## Columbia Berkshire Regional Net

### Resource Guide: Products & Services

---

*From museums and restaurants to plumbers and electricians, this is where to find it.*

 Search by Name

Search by Category

Home Pages

Click here to add your resource. Basic listings are free for every business and professional in Columbia and Berkshire Counties (or within 15 miles of the county lines.)

Last updated December 24, 1999 at 7:34AM. 6265 unique entries.

---

## By Name

| | | | |
|---|---|---|---|
| A-B | C-D | E-F | G-H |
| I-J | K-L | M-N | O-P |
| Q-R | S-T | U-V | W-Z |

---

## By Category



| | | | |
|---|---|---|---|
| A | B | C | D |
| E | F | G | H |
| I | J | K | L |
| M | N | O | P |
| Q | R | S | T |
| U | V | W | X-Z |

---

# Home Pages

A – Z

Add your resource to the guide. Basic listings are free!



Columbia Berkshire
Home Page

*Copyright © 1998 by RegionNet, Inc.*





# By Category: M

⇒ Machine Shop 2

⇒ Magazines 4

⇒ Magicians 2

⇒ Manuscript Preparation 3

⇒ Marine Equipment & Supplies 1

⇒ Marketing 5

⇒ Marketing Consultants 10

⇒ Marketing Research & Analysis 2

⇒ Massage Therapeutic 12

⇒ Maternity Apparel 0

⇒ Mattresses & Bedding 4

⇒ Meat Market 8

⇒ Mediation Services 1

⇒ Medical & Surgical Equipment & Supplies 10

⇒ Meditation Services 2

⇒ Mental Health Services 12

⇒ Modular Homes 15

⇒ Monograms 1

⇒ Mortgage Services 43

⇒ Motels; see Lodgings Guide

⇒ Motivational Speakers 2

⇒ Motor Vehicle Inspection Services - Vermont 0

Case 3:00-cv-30017-MAP   Document 1   Filed 02/02/00   Page 32 of 38

⇒ Motor Vehicle Inspection Services-Mass. 15

⇒ Motor Vehicle Inspection Services-New York 10

⇒ Movers 8

⇒ Moving  Equipment  Rental 18

⇒ Museums; see Entertainment Guide

⇒ Music 12

⇒ Music - Records, Tapes & Discs 7

⇒ Music Instructions - Services 14

⇒ Musical  Instrument Makers - Dealers 4

⇒ Musical Instruments - Dealers 6



Columbia Berkshire
Home Page

*Copyright © 1998 by RegionNet, Inc.*



# Columbia Berkshire Regional Net



## By Category: Mortgage Services

A.J. Dalton Associates, Inc. Tel: (413)443-0903
*Mortgage Services*
Pittsfield, MA 01201

Accessible Mortgage Corporation Tel: (413)447-8525
*Mortgage Services*
1450 East Street, Suite 7, Pittsfield, MA 01201

```
Mon--Fri   9:00a- 5:00p
```

Adams Co-Operative Bank Tel: (413)743-0001
*Banks, Mortgage Services*
93 Park Street, Adams, MA 01220

```
Mon--Wed   8:30a- 4:00p
Thur       8:30a- 7:00p
Fri        8:30a- 4:00p
Sat        8:30a-12:00p
```

Adams Co-Operative Bank Tel: (413)664-4571
*Banks, Mortgage Services*
81 Main Street, North Adams, MA 01247

```
Mon--Wed   8:30a- 4:00p
Thur       8:30a- 6:00p
Fri        8:30a- 4:00p
Sat        8:30a-12:00p
```

Beacon Enterprises Tel: (518)325-4700
*Mortgage Services*
715 Wolf Road, Hillsdale, NY 12529

```
Mon--Fri   9:00a- 5:00p
```

Beneficial Mortgage Company Of Massachusetts Tel: (413)442-1569
*Mortgage Services*
361 North Street, Pittsfield, MA 01201

Berkshire County Savings Bank Tel: (413)443-5601
*Banks, Mortgage Services*

The PopCorner, 24 North Street, Pittsfield, MA 01201

```
Mon--Fri   8:30a- 4:00p
```

We have an Automated Teller Machine and 24 hour banking.

---

**Berkshire County Savings Bank** Tel: (413)499-0150
*Banks, Mortgage Services*
Old Town Hall, Pittsfield, MA 01201

```
Mon--Wed    9:00a- 4:30p
Thur-Fri    9:00a- 5:00p
Sat         9:00a-12:00p
```

---

**Berkshire County Savings Bank** Tel: (413)528-1664
*Banks, Mortgage Services*
255 Stockbridge Road, Great Barrington, MA 01230

```
Mon--Fri    9:00a- 4:00p
Sat         9:00a-12:00p
```

Lobby Hours above. Drive Up Hours: Mon-Fri 8:30a-5:00p, Sat 9:00a-12:00p. We have an Automated Teller Machine and 24 hour banking.

---

**Berkshire County Savings Bank** Tel: (413)664-4061
*Banks, Mortgage Services*
37 Main Street, North Adams, MA 01247

```
Mon--Fri    9:00a- 4:00p
Sat         9:00a-12:00p
```

Lobby Hours above. Drive Up Hours: Mon-Tues, Wed, Fri 8:30a-5:00p, Thur 8:30a-5:30p Sat 9:00a-12:00p. We have an Automated Teller Machine and 24 hour banking.

---

**Berkshire County Savings Bank** Tel: (413)447-1880
*Banks, Mortgage Services*
165 Elm Street, Pittsfield, MA 01201

```
Mon--Wed    9:00a- 4:00p
Thur-Fri    9:00a- 5:00p
Sat         9:00a-12:00p
```

Lobby Hours above. Drive Up Hours: Mon-Wed 8:30am-5:00pm, Thur-Fri 8:30am - 5:00pm, and Sat 9:00am-12:00pm. We have an Automated Teller Machine and 24 hour banking.

---

**Champion Mortgage & Realty, Inc.** Tel: (413)443-2500, Fax: (413)499-0911
*Banks, Mortgage Services*
364 South Street, Pittsfield, MA 01201

```
Mon--Fri   9:00a- 5:00p
```

Also By Appointment.

---

**City Savings Bank** Tel: (413)443-4421
*Banks, Mortgage Services*
116 North Street, Pittsfield, MA 01201

```
Mon--Fri   8:30a- 4:30p
```

---

**City Savings Bank** Tel: (413)528-4110
*Banks, Mortgage Services*
740 Main Street, Great Barrington, MA 01230

```
Mon--Thur  9:30a- 4:30p
Fri        9:30a- 6:00p
Sat        9:00a- 1:00p
```

Drive-Thru Hours Mon-Thurs 9:00a-5:00p, Fri 9:00a-6:00p, Sat 9:00a-1:00p.

---

**Evergreen Bank NA** Tel: (518)828-9991
*Banks, Mortgage Services*
177 Fairview Avenue, Hudson, NY 12534

```
Mon--Wed   9:00a- 3:00p
Thur       9:00a- 5:00p
Fri        9:00a- 1:00p
Sat        9:00a-12:00p
```

---

**First National Bank of The Berkshires** Tel: (413)269-4237
*Banks, Mortgage Services*
Route 23, Otis, MA 01253

```
Mon--Thur  9:00a- 4:30p
Fri        9:00a- 5:30p
```

---

**First National Bank of The Berkshires** Tel: (413)243-0115
*Banks, Mortgage Services*
76 Park Street, Lee, MA 01238

```
Mon--Wed   8:30a- 4:30p
Thur-Fri   8:30a- 5:30p
```

Lobby hours above. Drive Up hours: Mon-Wed 8:00am-4:30pm, Thurs-Fri 8:00am-5:30pm

---

**First National Bank of The Berkshires** Tel: (413)664-6521
*Banks, Mortgage Services*
Main Street, North Adams, MA 01247

```
Mon--Wed   8:30a- 4:00p
Thur       8:30a- 6:00p
Fri        8:30a- 4:30p
Sat        8:30a-12:00p
```

A night drop box available.

---

**First National Bank of The Berkshires** Tel: (413)528-5080
*Banks, Mortgage Services*
South Main Street, Great Barrington, MA 01230

```
Mon--Wed   8:30a- 4:30p
Thur       8:30a- 5:30p
Fri        8:30a- 4:30p
Sat        9:30a-12:00p
```

---

**Great Barrington Savings Bank** Tel: (413)528-1190
*Banks, Mortgage Services*
Main Street, Great Barrington, MA 01230

Mon--Fri    8:30a- 4:00p

---

**Lee Bank** Tel: (413)243-0117, Alt. Tel: (413)243-2235
*Banks, Mortgage Services*
75 Park Street, Lee, MA 01238

Mon--Wed    9:00a- 4:00p
Thur        9:00a- 6:00p
Fri         9:00a- 4:00p

Drive-Up Hours: Mon-Wed 8:30a-4:30p; Thurs-Fri 8:30a-6:00p

---

**Lee Bank** Tel: (413)298-3611
*Banks, Mortgage Services*
Elm Street, Stockbridge, MA 01262

Mon--Wed    9:00a- 4:00a
Thur-Fri    9:00a- 6:00p

Drive-Up Hours: Mon-Wed 8:30a-4:30p; Thurs-Fri 8:30a-6:00p

---

**Lee Bank Loan Office** Tel: (413)445-7270
*Mortgage Services*
105 Elm Street, Pittsfield, MA 01201

Mon--Fri    9:00a- 5:00p

---

**Lenox National Bank** Tel: (413)499-0717
*Banks, Mortgage Services*
Pittsfield Road, Lenox, MA 01240

Mon--Wed    9:30a- 4:00p
Thur-Fri    9:30a- 6:00p

---

**Lenox Savings Bank** Tel: (413)443-4433
*Banks, Mortgage Services*
2 Holmes Road, Lenox, MA 01240

Mon--Thur    9:00a- 4:00p
Fri          9:00a- 5:30p
Sat          9:00a-12:00p

Drive-Up Hours: Mon-Thurs 9:00a-4:30p; Fri 9:00a-5:30p; Sat 9:00a-12:00p

---

**M&T Mortgage Corp.** Tel: (518)766-4182. Fax: (518)877-8978
*Mortgage Services*
PO Box 223, North Chatham, NY 12132

---

**Mortgage Choices, Inc.** Tel: (518)828-3737. Fax: (518)828-2471
*Financial Services, Mortgage Services, Real Estate*
84 Green Street, Hudson, NY 12534

---

**Mortgage Fax** Tel: (413)528-5703
*Mortgage Services*
Great Barrington, MA 01230

---

Case 3:00-cv-30017-MAP   Document 1   Filed 02/02/00   Page 37 of 38

**Pittsfield Cooperative Bank** Tel: (413)447-7304
*Banks, Mortgage Services*
70 South Street, Pittsfield, MA 01202

```
Mon--Wed    8:30a- 4:30p
Thur        8:30a- 5:00p
Fri         8:30a- 4:30p
Sat         9:00a-12:00p
```

Lobby & Drive-Up hours are the same.

**Pittsfield Cooperative Bank** Tel: (413)528-2840
*Banks, Mortgage Services*
325 Main Street, Great Barrington, MA 01230

```
Mon--Thur   9:00a- 4:00p
Fri         9:00a- 5:00p
Sat         9:00a-12:00p
```

Lobby & Drive-Up Hours are the same.

**Christopher M. Price** Tel: (518)828-2462, E-Mail: wattprice@msn.com
*Mortgage Services*
84 Green Street, Hudson, NY 12534

**South Adams Savings Bank** Tel: (413)743-0040
*Banks, Mortgage Services*
2 Center Street, Adams, MA 01220

```
Mon--Wed    8:30a- 4:00p
Thur        8:30a- 6:00p
Fri         8:30a- 4:00p
Sat         8:30a-12:00p
```

We do not have a drive-up window.

**Success Mortgage** Tel: (413)499-8641, Fax: (413)499-7501
*Mortgage Services*
30 Massachusetts Avenue, Pittsfield, MA 01201

```
Mon--Fri    8:00a- 8:00p
Sat         8:00a- 5:00p
```

We also do Cash Out Refinancing and Debt Consolidation.

**Trustco Bank** Tel: (518)828-9434
*Banks, Mortgage Services*
507 Warren Street, Hudson, NY 12534

**Valley Mortgage company** Tel: (518)828-0185, Fax: (518)828-0459, E-Mail: valleymtg@taconic.net
*Financial Services, Mortgage Services, Real Estate*
442 Warren Street, Hudson, NY 12534

```
Mon--Fri    8:30a- 6:00p
```

Weekends by appointment. We are an experienced, professional, courteous service in the mortgage industry. Serving residential and commercial clients throughout New York State.

**Williamstown Savings Bank** Tel: (413)458-8191
*Banks, Mortgage Services*

795 Main Street, Williamstown, MA 01267

```
Mon--Wed    9:00a- 4:00p
Thur        9:00a- 6:00p
Fri         9:00a- 4:00p
Sat         9:00a- 1:00p
```

Lobby Hours above. Drive-Up Hours: Mon-Fri 8:00a-6:00p; Sat 9:00a-1:00p



Columbia Berkshire
Home Page

*Copyright © 1998 by RegionNet, Inc.*